# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX EDWARD SEEGET,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-09479-SSS-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 52]** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the United States Magistrate Judge's Report and Recommendation ("R&R") [Dkt. 52]. Further, the Court has engaged in a *de novo* review of Plaintiff Max Seeget's objections to the R&R [Dkt. 56]. Because Seeget's objections consist of the same arguments questioning the Magistrate Judge's authority [Dkt. 56 at 8–20], which the Court has already rejected [Dkts. 32 & 58], as well as baseless references to the Constitution, Seeget fails to show how he states a federal claim and established subject matter jurisdiction. Accordingly, the Court ADOPTS AND ACCEPTS the R&R [Dkt. 52].

**IT IS THEREFORE ORDERED** that

 (1) Defendants' Motion to Dismiss [Dkt. 15] is **GRANTED**; and

 (2) This action is **DISMISSED WITH PREJUDICE** for failure to state a federal claim and lack of subject matter jurisdiction.

Date: November 14, 2022

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE