JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX EDWARD SEEGET, | Case No. 2:21-cv-09479-SSS-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CALIFORNIA HIGHWAY PATROL, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

**IT IS ORDERED AND ADJUDGED** that the action is **DISMISSED WITHOUT PREJUDICE** for failure to state a federal claim and lack of subject matter jurisdiction.

Date: November 14, 2022

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE